IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRENTDRICK DEMOND COLLIER, | |
| Plaintiff, | |
| v. | 2:21-CV-008-Z-BR |
| ABBIGAIL M. DEAN, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. ECF No. 28. Objections to the findings, conclusions, and recommendation have been filed. ECF Nos. 29, 31.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**.

**IT IS SO ORDERED.**

August 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Plaintiff's Motions for Reconsideration of the Findings, Conclusions, and Recommendation (ECF No. 31) and Default Judgment 9ECF No. 32) to be objections.